FARLEY, Com'r, Appellant, v. EHRLICH et al., Respondents. (Supreme Court, Appellate Division, First Department. November 8, 1912.) Action by William W. Farley as Commissioner, against Agnes Ehrlich and another. C. Firestone, of New York City, for appellant. A. T. Kiernan, of New York City, for respondents. No opinion. Judgment and order affirmed, with costs. Order filed.

FARRELL, Respondent, v. HOMESTEAD, Appellant, et al. (Supreme Court, Appellate Division, Second Department. September 10, 1912.) Action by Thomas J. Farrell against Axel Homestead and Omar Hansen.

PER CURIAM. Order reversed, with $10 costs and disbursements, and motion granted, with costs, vacating the warrant of attachment, upon the ground that the plaintiff furnished insufficient evidence on which to base the same.

RICH, J., not voting.

In re FARRINGTON. (Supreme Court, Appellate Division, Second Department. October 18, 1912.) In the matter of the application of William D. Farrington, an attorney, to have a lien determined and enforced upon the property of Garrett S. Braisted. No opinion. Motion to dismiss appeal granted, with $10 costs. See, also, 146 App. Div. 590, 131 N. Y. Supp. 312.

FEENY, Respondent, v. HILL, Appellant. (Supreme Court, Appellate Division, First Department. October 18, 1912.) Action by John L. Feeny against Charles E. Hill. J. W. Middlebrook, of New York City, for appellant. R. T. Greene, of New York City, for respondent. No opinion. Order affirmed, with $10 costs and disbursements. Order filed.

FERRIS, Appellant, v. LONG ISLAND R. CO., Respondent. (Supreme Court, Appellate Division, Second Department. October 4, 1912.) Action by James M. Ferris against the Long Island Railroad Company. No opinion. Judgment unanimously affirmed, with costs.

FESTER, Respondent, v. BROOKLYN UNION ELEVATED R. CO., Appellant. (Supreme Court, Appellate Division, Second Department. September 10, 1912.) Action by Clara Fester against the Brooklyn Union Elevated Railroad Company.

PER CURIAM. Judgment and order affirmed, with costs.

JENKS, P. J., and BURR, J., dissent.

FINNERTY, Respondent, v. BOGARDUS, Appellant. (Supreme Court, Appellate Division, First Department. October 18, 1912.) Action by John Finnerty, Jr., against Herbert Bogardus. F. H. Osborn, of Catskill, for appellant. M. J. Driscoll, of New York City, for respondent. No opinion. Order modified, by changing place of trial to Greene county, and, as modified, affirmed, with $10 costs and disbursements to appellant. Order filed.

FISH v. TOWNER et al. PEOPLE ex rel. SPRAGUE v. SAME. (Supreme Court, Appellate Division, Second Department. October 29, 1912.) Appeal from Special Term. In the matter of the application of Hamilton Fish, Jr., for a writ of peremptory mandamus against James E. Towner, Jr., and another, constituting the Board of Elections of Putnam County, and others, with a proceeding by the people, on the relation of E. Eugene Sprague, against the same defendants. From orders granted, relators appeal. Affirmed. William M. Chadbourne, of New York City, for appellants. Henry C. Henderson, of New York City, and H. T. Dykman, of White Plains, for respondents.

PER CURIAM. Upon the record presented in each of these proceedings, there is no alternative except to affirm the orders appealed from, without costs.

FIXEL v. MARKS et al. (Supreme Court, Appellate Term, First Department. November 8, 1912.) Appeal from Municipal Court, Borough of the Bronx, Second District. Action by Rudolph Fixel against Samuel Marks and others. Judgment for plaintiff, and defendants appeal. Reversed, unless a remittitur is accepted. Samuel D. Shwitzer, of New York City, for appellants. Isaac Josephson, of New York City, for respondent.

BIJUR, J. This suit was brought by the plaintiff, purchaser, for damages caused by nondelivery by defendants of 3,734 pounds of mushrooms at the agreed price of 57½ cents per pound during the month of October, 1911. The learned judge below awarded the plaintiff $350 damages, thus indicating that the market price during the month of delivery was approximately 67 cents. The testimony, however, does not, on the whole, sustain a finding that it was so high. The judgment must therefore be reversed, and a new trial ordered, with costs to appellant to abide the event, unless plaintiff will stipulate to accept $175, in which case the judgment will be reduced to that amount, and, as so modified, affirmed, without costs of the appeal to either party. All concur.

FLETCHER v. 416 WEST THIRTY-THIRD ST. REALTY CO. et al. (Supreme Court, Appellate Division, First Department. October 18, 1912.) Action by Austin B. Fletcher, as trustee, against the 416 West Third Street Realty Company and others. A. S. Gilbert, of New York City, for appellant. Weschler & Rotschild, of New York City, for respondents. No opinion. Order (77 Misc. Rep. 280, 135 N. Y. Supp. 1046) affirmed, with $10 costs and disbursements. Order filed.

FLUCKIGER, Respondent, v. GOULD, Appellant. (Supreme Court, Appellate Division, Second Department. September 10, 1912.) Action by Howard A. Fluckiger against Howard Gould. No opinion. Judgment affirmed, with costs.